No. 2719. DONAHUE *v.* ENTERPRISE RAILROAD COMPANY. November Term, 1890. This was a motion for leave to perfect the appeal by filing the Case with the clerk of the Circuit Court, as required by rule 49 of that court. The affidavits showed that appellant had filed his return in time, and done all other proper requirements within the time allowed, but they did not show any agreement as to the filing of the Case when settled with the clerk of the Circuit Court, as required by rule.

December 19, 1890. The following order was passed :

PER CURIAM. It appearing that the appellant failed to comply with rule 49 of the Circuit Court requiring the "Case" to be filed in the office of the clerk of the Circuit Court within ten (10) days after the settlement thereof; and it not appearing that this omission occurred by reason of inadvertence, mistake, or excusable neglect; it is ordered, that this motion be dismissed. [1]

*W. H. Parker, jr.*, for the motion.    *W. H. Fitzsimons*, contra.


---

[1] All the unreported cases of this volume after this were decided after the death of Chief Justice Simpson.—REPORTER.